IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| G. NEIL GARRETT, D.D.S., P.C., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 15-cv-4284 |
| v. | ) ) ) | Honorable Judge Lee Magistrate Judge Martin |
| CRUISE PLANNERS HOLDINGS, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff G. Neil Garrett, DDS, P.C. ("Plaintiff"), hereby dismisses its individual claims against Defendant, Cruise Planners, Holdings, Inc., without prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. This notice of dismissal disposes of the entire action.

Respectfully submitted,

/s/ Dulijaza (Julie) Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

       I, Dulijaza Clark, hereby certify that on July 13, 2015, the foregoing document was filed electronically, and notification of such filing was served upon the following:

*Via U.S. Mail*

    Cruise Planners Holdings, Inc.
    c/o Tom Kruszewski
    3300 University Drive, Suite 1
    Coral Springs, FL 33065

*Via Electronic Mail*

    Blaine Kimrey
    VEDDER PRICE
    222 North LaSalle Street
    Chicago, IL 60601
    bkimrey@vedderprice.com

                                    /s/ Dulijaza (Julie) Clark
                                    Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200